**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL A. GUZMAN, | ) | NO. ED CV 17-1190-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: June 6, 2018

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE